USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/7/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

VICTOR FORTUNA,

                Defendant.

23 Cr. 170 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Sentencing in this matter is scheduled for August 1, 2023, at 2:00 p.m. in Courtroom 15D, 500 Pearl Street, New York, NY 10007. The Defendant's submissions shall be due two weeks prior to sentencing. The Government's submissions shall be due one week prior to sentencing.

    SO ORDERED.

Dated: April 7, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge