# Federal Defenders
## OF NEW YORK, INC.

52 Dua[ne]

David E. Patton
Executive Director
and Attorney-in-Chief

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/16/2023

October 13, 2023

**BY ECF AND EMAIL**

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Victor Fortuna,</u>
             23 Cr. 170 (AT)

Dear Judge Torres:

    I write to request that the Court authorize and direct Pretrial Services to return Mr. Fortuna's passport, which he surrendered as part of his bail conditions. Having been sentenced, Mr. Fortuna is no longer subject to the terms of his bail release. We therefore ask that he be permitted to resume possession of this important identity document.

    The government has no objection to this request.

                                  Respectfully submitted,

                                  /s/
                                  Clay H. Kaminsky
                                  Assistant Federal Defender
                                  Federal Defenders of New York
                                  (212) 417-8749

cc:    AUSA Patrick Moroney

GRANTED.

SO ORDERED.

Dated: October 16, 2023
       New York, New York

                                  ANALISA TORRES
                                  United States District Judge